1

2

3

4

5

6

7                        **UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF NEVADA**

9

10   UNITED STATES OF AMERICA,

11        Plaintiff,                              Case No. 2:15-CR-00312-KJD-PAL

12   v.                                          **ORDER**

13   VALENTINO GARCIA LOPEZ,

14        Defendant.

15

16        Presently before the Court is Defendant's *pro se* Request for Reconsideration (#23).  On

17   December 29, 2015, Defendant pled guilty to one count of Felon in Possession of Firearm. He was

18   adjudicated guilty on March 24, 2016 and sentenced to twenty-seven (27) months incarceration to be

19   followed by three years supervised release. He now seeks additional adjustments to his sentence.

20   However, Defendant has not met his burden in establishing a legal basis for such an adjustment.

21        Accordingly, his Request for Reconsideration (#23) is **DENIED**.

22        DATED this 4th day of May 2017.

23

24

25                                          _____

                                            Kent J. Dawson
26                                          United States District Judge