# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VALENTINO GARCIA LOPEZ,

    Defendant.

Case No. 2:15-CR-00312-KJD-PAL

**ORDER**

    Presently before the Court is Defendant's *pro se* Request for Reconsideration (#25). On December 29, 2015, Defendant pled guilty to one count of Felon in Possession of Firearm. He was adjudicated guilty on March 24, 2016 and sentenced to twenty-seven (27) months incarceration to be followed by three years supervised release. He now seeks additional adjustments to his sentence. He filed a nearly identical motion (#23) on April 21, 2017 which the Court denied (#24) on May 4 2017. However, Defendant has still not met his burden in establishing a legal basis for such an adjustment.

    Accordingly, his Request for Reconsideration (#25) is **DENIED**.

    DATED this 10th day of July 2017.

                                                _____
                                                Kent J. Dawson
                                                United States District Judge